Certificate Number: 15317-PAM-DE-030697193

Bankruptcy Case Number: 18-00598


15317-PAM-DE-030697193

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on <u>March 10, 2018</u>, at <u>5:05</u> o'clock <u>PM PST</u>, <u>Mary E Berkau</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date:   <u>March 10, 2018</u>           By:   <u>/s/Lea Sorino</u>

                                       Name: <u>Lea Sorino</u>

                                       Title: <u>Counselor</u>