```
                        United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                           Case No. 18-00598-RNO
David Kimberly Berkau, Jr.                                       Chapter 7
Mary Elizabeth Berkau
         Debtors                     CERTIFICATE OF NOTICE
District/off: 0314-1         User: DDunbar              Page 1 of 1        Date Rcvd: Mar 23, 2018
                             Form ID: ntnew341          Total Noticed: 10
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 25, 2018.
```
db           David Kimberly Berkau, Jr.,    648 Sunset Dr,    Hanover, PA 17331-8434
jdb          Mary Elizabeth Berkau,    6674 Mid Summer Night Ct,    Eldersburg, MD 21784-6258
5023968      B&T,    1345 Baltimore St,    Hanover, PA 17331-4410
5023965      Berkau David Kimberly Jr,    648 Sunset Dr,    Hanover, PA 17331-8434
5023966      Berkau Mary Elizabeth,    648 Sunset Dr,    Hanover, PA 17331-8434
5023969      Capital One Bank USA,    PO Box 71083,    Charlotte, NC 28272-1083
5023970      Freedom Mortgage,    PO Box 89486,    Cleveland, OH 44101-6486
5023967      James P Sheppard Esquire,    2201 N 2nd St,    Harrisburg, PA 17110-1007
5023972     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
             (address filed with court: Toyota Financial,    PO Box 5855,    Carol Stream, IL 60197-5855)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5023971      E-mail/Text: bankruptcy@patriotfcu.org Mar 23 2018 19:07:57     Patriot Federal Credit Union,
              PO Box 778,    Chambersburg, PA 17201-0778
                                                                                              TOTAL: 1
```

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 22, 2018 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              James P Sheppard    on behalf of Debtor 1 David Kimberly Berkau, Jr. jamespsheppard@comcast.net,
               dabsheppardlaw@comcast.net;G22576@notify.cincompass.com
              James P Sheppard    on behalf of Debtor 2 Mary Elizabeth Berkau jamespsheppard@comcast.net,
               dabsheppardlaw@comcast.net;G22576@notify.cincompass.com
              Steven M. Carr (Trustee)    carrtrustee@yahoo.com, pa31@ecfcbis.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5
```

ntnew341 (12/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

David Kimberly Berkau Jr.
aka David Berkau Jr., aka David K Berkau Jr.
Mary Elizabeth Berkau
aka Mary E Berkau

Chapter 7

Case No. 1:18−bk−00598−RNO

Debtor(s)

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors in the above−referenced case has been rescheduled to:

| York County Judicial Center, 45 North George Street, 5th Floor Multipurpose Room, York, PA 17401 | Date: April 4, 2018 Time: 12:30 PM |
|---|---|

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
Ronald Reagan Federal Building
228 Walnut St, Rm 320
Harrisburg, PA 17101−1737
(717) 901−2800

**For the Court:**
Terrence S. Miller
Clerk of the Bankruptcy Court:
By: DDunbar, Deputy Clerk

Hours Open: Monday − Friday 9:00 AM − 4:00 PM

Date: March 23, 2018