```
                               United States Bankruptcy Court
                               Middle District of Pennsylvania
In re:                                                                  Case No. 18-00598-RNO
David Kimberly Berkau, Jr.                                              Chapter 7
Mary Elizabeth Berkau
         Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-1          User: DDunbar              Page 1 of 1            Date Rcvd: May 30, 2018
                              Form ID: 318               Total Noticed: 11
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 01, 2018.
```
db             David Kimberly Berkau, Jr.,   648 Sunset Dr,    Hanover, PA 17331-8434
jdb            Mary Elizabeth Berkau,   6674 Mid Summer Night Ct,    Eldersburg, MD 21784-6258
cr            +Freedom Mortgage Corporation,   10500 Kincaid Drive,    Fishers, IN 46037-9764
5023968        B&T,   1345 Baltimore St,    Hanover, PA 17331-4410
5023965        Berkau David Kimberly Jr,   648 Sunset Dr,    Hanover, PA 17331-8434
5023966        Berkau Mary Elizabeth,   648 Sunset Dr,    Hanover, PA 17331-8434
5023970        Freedom Mortgage,   PO Box 89486,    Cleveland, OH 44101-6486
5023967        James P Sheppard Esquire,   2201 N 2nd St,    Harrisburg, PA 17110-1007
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5023969        EDI: CAPITALONE.COM May 30 2018 22:53:00      Capital One Bank USA,   PO Box 71083,
                Charlotte, NC 28272-1083
5023971        E-mail/Text: bankruptcy@patriotfcu.org May 30 2018 18:58:12      Patriot Federal Credit Union,
                PO Box 778,    Chambersburg, PA 17201-0778
5023972        EDI: TFSR.COM May 30 2018 22:53:00      Toyota Financial,   PO Box 5855,
                Carol Stream, IL 60197-5855
                                                                                              TOTAL: 3
```

```
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 30, 2018 at the address(es) listed below:
```
              James   Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
              James P Sheppard    on behalf of Debtor 1 David Kimberly Berkau, Jr. jamespsheppard@comcast.net,
               dabsheppardlaw@comcast.net;G22576@notify.cincompass.com
              James P Sheppard    on behalf of Debtor 2 Mary Elizabeth Berkau jamespsheppard@comcast.net,
               dabsheppardlaw@comcast.net;G22576@notify.cincompass.com
              Lois Marie Vitti    on behalf of Creditor    Freedom Mortgage Corporation loismvitti@vittilaw.com,
               nicole@vittilaw.com
              Steven M. Carr (Trustee)    carrtrustee@yahoo.com, pa31@ecfcbis.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 6
```

| | | |
|---|---|---|
| Debtor 1 | **David Kimberly Berkau Jr.** | Social Security number or ITIN  xxx–xx–8901 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Mary Elizabeth Berkau** | Social Security number or ITIN  xxx–xx–4343 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Middle District of Pennsylvania**

Case number:   **1:18–bk–00598–RNO**

# Order of Discharge                                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

David Kimberly Berkau Jr.  
aka David Berkau Jr., aka David K Berkau Jr.

Mary Elizabeth Berkau  
aka Mary E Berkau

**By the court:**

*[signature: Robt N. Opel II]*

May 30, 2018

Honorable Robert N. Opel, II  
United States Bankruptcy Judge

By: DDunbar, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**