United States Bankruptcy Court
Middle District of Pennsylvania

In re:
David Kimberly Berkau, Jr.
Mary Elizabeth Berkau
    Debtors

Case No. 18-00598-RNO
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: admin      Page 1 of 1      Date Rcvd: May 31, 2018
                       Form ID: fnldecac      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 02, 2018.
db           David Kimberly Berkau, Jr.,    648 Sunset Dr,    Hanover, PA 17331-8434
jdb          Mary Elizabeth Berkau,    6674 Mid Summer Night Ct,    Eldersburg, MD 21784-6258

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                 TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2018                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 30, 2018 at the address(es) listed below:
         James   Warmbrodt    on behalf of Creditor    Toyota Motor Credit Corporation bkgroup@kmllawgroup.com
         James P Sheppard    on behalf of Debtor 1 David Kimberly Berkau, Jr. jamespsheppard@comcast.net,
          dabsheppardlaw@comcast.net;G22576@notify.cincompass.com
         James P Sheppard    on behalf of Debtor 2 Mary Elizabeth Berkau jamespsheppard@comcast.net,
          dabsheppardlaw@comcast.net;G22576@notify.cincompass.com
         Lois Marie Vitti    on behalf of Creditor    Freedom Mortgage Corporation loismvitti@vittilaw.com,
          nicole@vittilaw.com
         Steven M. Carr (Trustee)    carrtrustee@yahoo.com,   pa31@ecfcbis.com
         United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                  TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

David Kimberly Berkau Jr.
aka David Berkau Jr., aka David K Berkau Jr.
648 Sunset Dr
Hanover, PA 17331−8434

Mary Elizabeth Berkau
aka Mary E Berkau
6674 Mid Summer Night Ct
Eldersburg, MD 21784−6258

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−8901
xxx−xx−4343

Chapter 7
Case No. 1:18−bk−00598−RNO

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

## IT IS ORDERED THAT:

**Steven M. Carr (Trustee)**

is discharged as trustee of the estate of the above−named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated:  May 30, 2018

BY THE COURT
By the Court,

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: AutoDocketer, Deputy Clerk